## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **No. 1:26-cr-00096-MJM** |
| v. | : | **UNDER SEAL** |
| | : | |
| JACOB RAPPAPORT, | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Jacob Rappaport, by and through his attorney, Andrew C. White hereby moves this Honorable Court for leave to file a Sentencing Memorandum under seal.

As grounds for this motion, the defense states that the document contains sensitive personal information, medical information, information about minor children, and financial information as well as information contained in the Presentence Investigation Report (ECF 18), itself a sealed document.

WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file its Sentencing Memorandum under seal.

Respectfully Submitted,

_____/S/_____
Andrew C. White
(Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
400 East Pratt Street
Suite 900
Baltimore, Maryland 21202
(410) 385-2225